B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ginn-LA St. Lucie Ltd., LLLP** _____,

                            Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 3,543,558.44 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 719,395,632.07 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 652,372.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 3,543,558.44 | | |
| Total Liabilities | | | | 720,048,004.47 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ginn-LA St. Lucie Ltd., LLLP**
_____,    Case No. _____

Debtor

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                      ,        Case No. _____
                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Track K within Tesoro Resort** | **Lease (May 10, 2008-May 10, 2018)** | - | 0.00 | 0.00 |
| **Residential resort including 353 lots, a golf course, a racquet club building, a golf maintenance facility, 11.26 acres of commercially zoned land and a 115,000 square foot clubhouse facility in St. Lucie County, FL.** | **Fee simple** | - | Unknown | 0.00 |
| **Grantor of access easement to Ginn Tesoro Golf, LLC for golf course storage and maintenance facilities**<br>**Ginn Tesoro Golf, LLC**<br>**215 Celebration Place, Suite 200**<br>**Celebration, FL 34747** | **Equitable interest** | - | Unknown | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                                                Case No. _____
                                                                        ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty Cash** | - | 300.00 |
| | | **Cash Held in escrow for Weitz Golf International** | - | 561,171.41 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Acct. No. 8044844705 Colonial Bank 1899 S. Clyde Morris Blvd. Daytona Beach, FL 32119** | - | 0.24 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **561,471.65**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Ginn-LA St. Lucie Ltd., LLLP**                      ,      Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                        Sub-Total >       **0.00**
                                      (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Web site (Tesoro)** | - | **Unknown** |
| | | **Clubhouse bird's eye view (Tesoro) (Reg. No. VAu000656507)** | - | **Unknown** |
| | | **Aeriel 136: no. 7 tee (Tesoro) (Reg. No. VAu000656403)** | - | **Unknown** |
| | | **Clubhouse front elevation (Tesoro) (Reg. No. VAu000656433)** | - | **Unknown** |
| | | **Trademark (U.S. Registration No. 2,814,999; Section 8 & 15)** | - | **Unknown** |
| | | **Trademark (U.S. Reg. No. 2,715,572; Section 8 & 15)** | - | **Unknown** |
| | | **Trademark (Pending U.S. Appl. No. 77146903)** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **VIN #2T2HA31U24C003315 2004 Lexus RX330 Port St. Lucie, FL** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous computer equipment** | - | **127,797.39** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous equipment used in golf club and facilities** | - | **2,854,289.40** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | **2,982,086.79** |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                            ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **3,543,558.44** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Ginn-LA St. Lucie Ltd., LLLP**                      ,     Case No. _____

                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Credit Suisse, Cayman Islands Branch**<br>**11 Madison Avenue**<br>**New York, NY 10010** | X | - | Senior First Lien Credit Facility, secured by collateral including all properties and assets in which liens are purported to be granted by the collateral documents.<br><br>Value $          0.00 | | | | 551,658,261.73 | 551,658,261.73 |
| Account No.<br><br>**Ginn - LA St. Lucie, LLLP**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | | - | Ad Valorem Tax<br><br>Value $          0.00 | | | | 1,617,087.00 | 1,617,087.00 |
| Account No.<br><br>**Ginn - LA St. Lucie, LLLP**<br>**215 Celebration Place**<br>**Suite 200**<br>**Attention:  Bob Davis**<br>**Celebration, FL 34747** | | - | Non-Ad Valorem<br><br>Value $          0.00 | | | | 1,791,583.00 | 1,791,583.00 |
| Account No.<br><br>**Wilmington Trust FSB**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** | X | - | Senior Second Lien Credit Facility, secured by collateral including all properties and assets in which liens are purported to be granted by the collateral documents.<br><br>Value $          0.00 | | | | 164,328,700.34 | 164,328,700.34 |

  **0**    continuation sheets attached

| | Subtotal<br>(Total of this page) | 719,395,632.07 | 719,395,632.07 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 719,395,632.07 | 719,395,632.07 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Demand for alleged liquidated damages | | | | |
| **Alexander Bierce** **9314 Heydon Hall Circle** **Charlotte, NC 28210-6066** | | - | | X | X | X | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **American Portable Toilets, Inc** **2195 North Kings Highway** **Fort Pierce, FL 34951** | | | | | | | **43.48** |
| Account No. | | | Trade Debt | | | | |
| **Anderson Rentals, Inc.** **PO Box 765** **Mims, FL 32754-0765** | | - | | | | | **12,724.20** |
| Account No. | | | Trade Debt | | | | |
| **City of Port St. Lucie** **Utility Service Dept.** **P.O. Drawer 8987** **Port Saint Lucie, FL 34985** | | - | | | | | **429.47** |
| __5__ continuation sheets attached | | | | | Subtotal (Total of this page) | | **13,197.15** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              S/N:34527-081118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                                     ,    Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Demand for alleged liquidated damages | | | | |
| **CLR Investments, LLC** **c/o Pratt-Thomas Walker, P.A.** **16 Charlotte Street** **Attn.: Ian Freeman** **Charleston, SC 29403** | - | | | | X | X | X | Unknown |
| Account No. | | | | Party to litigation in Lake County, FL 5th Circuit Court (Feliciano v. Ginn LA Quail West Ltd., LLLP, et al., Case No. 08-CA-1802) | | | | |
| **David Spera** **c/o Chase Freeman, P.A.** **250 International Pkwy., Suite 250** **Attn.: Damon A. Chase** **Lake Mary, FL 32746** | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **East Bay Group, LLC** **631 U.S. Highway One** **Suite 400** **North Palm Beach, FL 33408** | - | | | | | | | 4,025.00 |
| Account No. | | | | Party to litigation in Palm Beach County, FL 15th Circuit Court (Ecclestone Sig. Homes of Plam Beach, LLC v. Ginn-LA St. Lucie Ltd., LLLP, et al., Case No. 2007-CA-7395) | | | | |
| **Ecclestone Sig. Homes of Palm Beach LLC** **c/o Fitzgerald Hawkins Mayans & Cook PA** **Northbridge Centre, Suite 900** **515 North Flagler Drive** **West Palm Beach, FL 33402** | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **Florida Power & Light** **General Mail Facility** **Miami, FL 33188-0001** | - | | | | | | | 5,114.55 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,139.55**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Demand for alleged liquidated damages | | | | |
| Greg Atkins c/o Pratt-Thomas Walker, P.A. 16 Charlotte Street Attn.: Ian Freeman Charleston, SC 29403 | - | | | X | X | X | Unknown |
| Account No. | | | Party to litigation in U.S. District Court, Middle District of Florida (Awdish, et al. v. Ginn Company, et al., Case No. 3:08-cv-00211) | | | | |
| Jimmy Rabban c/o Mekani Orow Mekani Shallal & Hindo 21711 W. Ten Mile Road, Suite 237 Attn.: Joseph A. Shallal Southfield, MI 48075 | - | | | X | X | X | Unknown |
| Account No. | | | Party to litigation in Osceola County, FL 19th Circuit Court (John Migyanka, et al. v. GREC, et al., Case No. 562008-CA-009388) | | | | |
| John Migyanka Eric Salpeter, Esq., Musuem Plaza Suite 503; 200 Andrews Ave 954-467-8623 Fort Lauderdale, FL 33301 | - | | | X | X | X | Unknown |
| Account No. | | | Counsel to litigation parties in U.S. District Court, Middle District of Florida (Awdish, et al. v. Ginn Company, et al., Case No. 3:08-cv-00211) | | | | |
| Joseph A. Shallal Mekani, Orow, Mekani, Shallal & Hindo PC 21711 W. Ten Mile Road, Suite 237 Southfield, MI 48075 | - | | | X | X | X | Unknown |
| Account No. | | | Counsel to plaintiffs in St. Lucie County, FL 19th Circuit Court (Loveland Electric Co., Inc. v. The Weitz Company, LLC, et al., Case No. 2008 CA 010165) | | | | |
| L. Wesley Nichols, Esq. 11380 Prosperity Farms Road, Suite 204 Palm Beach Gardens, FL 33410 | - | | | X | X | X | Unknown |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ginn-LA St. Lucie Ltd., LLLP**                                      ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Professional Services | | | | |
| Lewis, Longman & Walker, P.A. 1700 Palm Beach Lakes Blvd. West Palm Beach, FL 33401 | - | | | | | | | 914.94 |
| Account No. | | | | Demand for alleged liquidated damages | | | | |
| Robert D. Atkins c/o Pratt-Thomas Walker, P.A. 16 Charlotte Street Attn.: Ian Freeman Charleston, SC 29403 | - | | | | X | X | X | Unknown |
| Account No. | | | | Party to litigation in U.S. District Court, Middle District of Florida (Awdish, et al. v. Ginn Company, et al., Case No. 3:08-cv-00211) | | | | |
| Robert Frankowiak c/o Mekani Orow Mekani Shallal & Hindo 21711 W. Ten Mile Road, Suite 237 Attn.: Joseph A. Shallal Southfield, MI 48075 | - | | | | X | X | X | Unknown |
| Account No. | | | | Pending litigation | | | | |
| Roger Linville II c/o Chase Freeman, P.A. 250 International Pkwy., Suite 250 Attn.: Damon A. Chase Lake Mary, FL 32746 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Safe Clean Inc. 6007 NW Telford Avenue Port Saint Lucie, FL 34983 | - | | | | | | | 1,450.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      2,364.94

B6F (Official Form 6F) (12/07) - Cont.

In re __Ginn-LA St. Lucie Ltd., LLLP_____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Professional Services | | | | |
| Schirmer Engineering Corp. 22995 Network Place Chicago, IL 60673 | - | | | | | | | | 5,069.01 |
| Account No. | | | | | Trade Debt | | | | |
| St. Lucie County Tax Collector P.O. Box 308 Fort Pierce, FL 34954-0308 | - | | | | | | | | 758.03 |
| Account No. | | | | | Pending litigation | | | | |
| Terry Sheena c/o Mekani Orow Mekani Shallal & Hindo 21711 W. Ten Mile Road, Suite 237 Attn.: Joseph A. Shallal Southfield, MI 48075 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Professional Services | | | | |
| Tesoro POA, Inc. 31 Lupi Court, Suite 230 Attn.: Steve Gryauskie Palm Coast, FL 32137 | - | | | | | | | | 50,222.12 |
| Account No. | | | | | Trade Debt | | | | |
| Vertex Construction Group LLC 282 SW Janice Ave Okeechobee, FL 34973 | - | | | | | | | | 180.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            56,229.16

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Ginn-LA St. Lucie Ltd., LLLP_____,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Professional Services | | | | |
| Weitz Golf International 11780 U.S. Highway One, Suite 302 North Palm Beach, FL 33408 | - | | | | | | | 565,171.60 |
| Account No. | | | | Professional Services | | | | |
| Willis Const. Consulting Inc. 7548 Municipal Drive Orlando, FL 32819 | - | | | | | | | 6,270.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Sheet no. __5___ of __5___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 571,441.60 |
| | | | | Total (Report on Summary of Schedules) | | | | 652,372.40 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Ginn-LA St. Lucie Ltd., LLLP**                                              ,          Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Army Corps of Engineers** **Jacksonville District** **701 San Marco Blvd.** **Jacksonville, FL 32207** | **Permittee; ACOE permit allowing the construction of Tesoro West (Permit No. SAJ-1987-01148(IP-TKA)), expired Aug. 7, 2007** |
| **Austin Outdoor Inc.** **P.O. Box 849** **Bunnell, FL 32110** | **Tesoro East Side mowing** |
| **Austin Outdoor Inc.** **P.O. Box 849** **Bunnell, FL 32110** | **Lake Bank maintenance** |
| **Austin Outdoor, LLC** **4601 North State Street** **P.O. Box 849** **Bunnell, FL 32110** | **Purchaser of Tesoro street sweeping agreement, renewed automatically** |
| **Austin Outdoor, LLC** **4601 North State Street** **P.O. Box 849** **Bunnell, FL 32110** | **Purchaser of landscape management agreement for Tesoro wetlands boundary, expiring March 31, 2010** |
| **Axsa Engineering Products** **6869 Staypoint Court** **Suite 112** **Winter Park, FL 32792** | **Maintenance contract for miscellaneous equipment** |
| **City of Port St. Lucie** **121 S.W. Port St. Lucie Blvd.** **Port Saint Lucie, FL 34984-5099** | **Permittee; Tesoro water use permit (Permit No. SFWMD #56-01642-W)** |
| **City of Port St. Lucie** **121 S.W. Port St. Lucie Blvd.** **Port Saint Lucie, FL 34984-5099** | **Permittee; irrigation quality water service agreement reserving 2.3 million gallons per day for irrigation of Tesoro Golf Club golf courses and POA properties** |
| **Florida Dept. of Env'tl Protection** **3900 Commonwealth Blvd.** **M.S. 49** **Tallahassee, FL 32399** | **Permittee; FDEP consent agreement remains in effect until Tesoro East construction complete (Permit No. 07-14332-56-RO)** |
| **G.W.Purucker Homes, Inc.** **5608 PGA Blvd., Suite 208** **Palm Beach Gardens, FL 33418** | **Effective Date on Contract: 4/24/2006** |

**3**
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re **Ginn-LA St. Lucie Ltd., LLLP**                                      , Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ginn Financial Services, LLC<br>1 Hammock Beach Parkway<br>Palm Coast, FL 32173 | Purchaser of origination and payment agreement |
| Ginn Golf, LLC<br>7385 Osceola Polk Line Road<br>Davenport, FL 33896 | Purchaser of management services agreement, renewed annually |
| Ginn Golf, LLC<br>7385 Osceola Polk Line Road<br>Davenport, FL 33896 | Owner of standard form agreement regarding construction of Tesoro Watson Golf Course |
| Ginn Tesoro Golf, LLC<br>215 Celebration Place, Suite 200<br>Celebration, FL 34747 | Sharing agreement for costs and capacity allocation for reclaimed water use |
| Gulick Construction Company, Inc.<br>38 SE Ocean Blvd.<br>Stuart, FL 34994 | Effective Date on Contract: 4/24/2006 |
| Hartford Fire Insurance Co.<br>c/o First Horizon Insurance Agency<br>200 Galleria Parkway NE, Suite 600<br>Atlanta, GA 30339 | Indemnitor, Bond No. 20BCSDK4250; Parcel 14 infrastructure |
| Hartford Fire Insurance Co.<br>c/o First Horizon Insurance Agency<br>200 Galleria Parkway NE, Suite 600<br>Atlanta, GA 30339 | Indemnitor, Bond No. 20BCSDR1932; Tesoro East, Parcels 5A and 5B |
| Hartford Fire Insurance Co.<br>c/o First Horizon Insurance Agency<br>200 Galleria Parkway NE, Suite 600<br>Atlanta, GA 30339 | Indemnitor, Bond No. 20BCSDR1933; Tesoro East, Parcel 8 |
| Hartford Fire Insurance Co.<br>c/o First Horizon Insurance Agency<br>200 Galleria Parkway NE, Suite 600<br>Atlanta, GA 30339 | Indemnitor, Bond No. 20BCSDR1934; Tesoro East, Parcel 9A |
| Hartford Fire Insurance Co.<br>c/o First Horizon Insurance Agency<br>200 Galleria Parkway NE, Suite 600<br>Atlanta, GA 30339 | Indemnitor, Bond No. 20BCSDR1935; Tesoro East, Parcel 9B |
| Hartford Fire Insurance Co.<br>c/o First Horizon Insurance Agency<br>200 Galleria Parkway NE, Suite 600<br>Atlanta, GA 30339 | Indemnitor, Bond No. 20BCSDR1936; Tesoro East, Parcel 10 |
| Home Town Cable TV, LLC<br>2255 Glades Road, Suite 221-A<br>Boca Raton, FL 33131 | Purchaser of master network and services agreement, expiring May 2018 |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **Ginn-LA St. Lucie Ltd., LLLP**             ,    Case No. _____

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ikon Financial Services**<br>**70 Valley Stream Parkway**<br>**Malvern, PA 19355** | **Lease for equipment (Canon 3220 C; Canon 3200 color N1 finisher; Canon IR 3570; Canon 3200 Color)** |
| **Lavelle Custom Homes, LLC**<br>**801 Maplewood Drive, Suite 2**<br>**Jupiter, FL 33458** | **Effective Date on Contract: 4/24/2006** |
| **Mastercraft Development, LLC**<br>**6671 Indiantown Rd. 56-312**<br>**Jupiter, FL 33458** | **Effective Date on Contract: 10/10/2006** |
| **National Audobon Society, Inc.**<br>**700 Broadway**<br>**New York, NY 10003** | **Grantor of conservation easement** |
| **Palm Coast Builders & Constructions**<br>**661 Maplewood Drive, Suite 22**<br>**Jupiter, FL 33458** | **Effective Date on Contract: 4/22/2006** |
| **PGM Builders, Inc.**<br>**9121 N. Military Trail, Suite 200**<br>**Palm Beach Gardens, FL 33410** | **Effective Date on Contract: 9/14/2006** |
| **Pitney Bowes**<br>**Global Financial Services, LLC**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | **Lease for equipment** |
| **River Oaks Development Corp.**<br>**733 West Smith Street**<br>**Orlando, FL 32804** | **Effective Date on Contract: 12/31/2007** |
| **ROAR Enterprises, LLC**<br>**1928 Commerce Lane, #100**<br>**Jupiter, FL 33458** | **Effective Date on Contract: 10/10/2006** |
| **Safe & Sound Mini Storage**<br>**3501 Martin Downs Blvd.,**<br>**Palm City, FL 34990** | **Lease for storage unit** |
| **Seaboard Home Building Corporation**<br>**1928 Commerce Lane, Suite 1**<br>**Jupiter, FL 33458** | **Effective Date on Contract: 10/10/2006** |
| **South Florida Water Management Dist.**<br>**1707 Orlando Central Parkway**<br>**Orlando, FL 32809** | **Permittee; SFWMD water use application permitting reuse water as primary source of irrigation at Tesoro (Permit No. 040525-23)** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Ginn-LA St. Lucie Ltd., LLLP**
_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **South Florida Water Management Dist.**<br>**1707 Orlando Central Parkway**<br>**Orlando, FL 32809** | **Permittee; SFWMD permit providing state approval for construction of the surface water management system associated with Tesoro East Side Parcel 14 (Permit No. 56-00332-S-09), expiring Sept. 30, 2010** |
| **South Florida Water Management Dist.**<br>**1707 Orlando Central Parkway**<br>**Orlando, FL 32809** | **Permittee; SFWMD permit application #020409-12 covering construction of Tesoro PUD Phases 2, 3, 4 and golf courses (Permit No. 56-00332-S-09)** |
| **South Florida Water Management Dist.**<br>**1707 Orlando Central Parkway**<br>**Orlando, FL 32809** | **Permittee; SFWMD permit covering Tesoro East (Permit No. 56-01730-P)** |
| **St. Lucie County**<br>**300 Virginia Ave.**<br>**Fort Pierce, FL 34982** | **Permittee of 12-month extension of major site plan (Permit No. 07-137), expiring April 15, 2009** |
| **Weitz Golf International**<br>**11780 U.S. Highway One, Suite 302**<br>**North Palm Beach, FL 33408** | **Contract construction of clubhouse at Tesoro** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Ginn-LA St. Lucie Ltd., LLLP**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ginn - Bulow GP, LLC**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Wilmington Trust FSB** |
| **Ginn - Bulow GP, LLC**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Credit Suisse, Cayman Islands Branch**<br>**11 Madison Avenue**<br>**New York, NY 10010** |
| **Ginn - LA Bulow GP, LLC**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Credit Suisse, Cayman Islands Branch**<br>**11 Madison Avenue**<br>**New York, NY 10010** |
| **Ginn - LA Bulow GP, LLC**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Wilmington Trust FSB** |
| **Ginn - LA Conduit Lender, Inc**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Credit Suisse, Cayman Islands Branch**<br>**11 Madison Avenue**<br>**New York, NY 10010** |
| **Ginn - LA Conduit Lender, Inc.**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Wilmington Trust FSB** |
| **Ginn - LA CS Borrower, LLC**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Wilmington Trust FSB** |
| **Ginn - LA CS Borrower, LLC**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Credit Suisse, Cayman Islands Branch**<br>**11 Madison Avenue**<br>**New York, NY 10010** |
| **Ginn - LA Laurel Creek Ltd., LLLP**<br>**215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747** | **Wilmington Trust FSB** |

**3**
____ continuation sheets attached to Schedule of Codebtors

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                                              ,    Case No. _____

                                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ginn - LA Laurel Creek Ltd., LLLP** 215 Celebration Place Suite 200 Celebration, FL 34747 | **Credit Suisse, Cayman Islands Branch** 11 Madison Avenue New York, NY 10010 |
| **Ginn - LA Quail West Ltd LLLP** 215 Celebration Place Suite 200 Celebration, FL 34747 Guarantor | **Credit Suisse, Cayman Islands Branch** 11 Madison Avenue New York, NY 10010 |
| **Ginn - LA Quail West Ltd LLLP** 215 Celebration Place Suite 200 Celebration, FL 34747 Guarantor | **Wilmington Trust FSB** Rodney Square North 1100 North Market Street Wilmington, DE 19890 |
| **Ginn - Laurel Creek GP LLC** 215 Celebration Place Suite 200 Celebration, FL 34747 | **Credit Suisse, Cayman Islands Branch** 11 Madison Avenue New York, NY 10010 |
| **Ginn - Laurel Creek GP LLC** 215 Celebration Place Suite 200 Celebration, FL 34747 | **Wilmington Trust FSB** |
| **Ginn - Quail West Beach LLC** 215 Celebration Place Suite 200 Celebration, FL 34747 Guarantor | **Credit Suisse, Cayman Islands Branch** 11 Madison Avenue New York, NY 10010 |
| **Ginn - Quail West Beach LLC** 215 Celebration Place Suite 200 Celebration, FL 34747 Guarantor | **Wilmington Trust FSB** Rodney Square North 1100 North Market Street Wilmington, DE 19890 |
| **Ginn - Quail West GP LLC** 215 Celebration Place Suite 200 Celebration, FL 34747 Guarantor | **Credit Suisse, Cayman Islands Branch** 11 Madison Avenue New York, NY 10010 |
| **Ginn - Quail West GP, LLC** 215 Celebration Place Suite 200 Celebration, FL 34747 Guarantor | **Wilmington Trust FSB** Rodney Square North 1100 North Market Street Wilmington, DE 19890 |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                         ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ginn - St. Lucie GP, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747<br>  Guarantor | **Credit Suisse, Cayman Islands Branch**<br>11 Madison Avenue<br>New York, NY 10010 |
| **Ginn - St. Lucie GP, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747<br>  Guarantor | **Wilmington Trust FSB**<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |
| **Hammock Beach River Club, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747 | **Credit Suisse, Cayman Islands Branch**<br>11 Madison Avenue<br>New York, NY 10010 |
| **Hammock Beach River Club, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747 | **Wilmington Trust FSB** |
| **Tesero Beach Club Condominium, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747 | **Wilmington Trust FSB** |
| **Tesoro Beach Club Condominium, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747 | **Credit Suisse, Cayman Islands Branch**<br>11 Madison Avenue<br>New York, NY 10010 |
| **The Tesoro Club Condominiums, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747<br>  Guarantor | **Credit Suisse, Cayman Islands Branch**<br>11 Madison Avenue<br>New York, NY 10010 |
| **The Tesoro Club, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747<br>  Guarantor | **Credit Suisse, Cayman Islands Branch**<br>11 Madison Avenue<br>New York, NY 10010 |
| **The Tesoro Club, LLC**<br> 215 Celebration Place<br>Suite 200<br>Celebration, FL 34747<br>  Guarantor | **Wilmington Trust FSB**<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |

Sheet    **2**    of    **3**    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Ginn-LA St. Lucie Ltd., LLLP**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **The Tesoro Golf Club Condominiums, LLC**<br> **215 Celebration Place**<br>**Suite 200**<br>**Celebration, FL 34747**<br> **Guarantor** | **Wilmington Trust FSB**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Southern District of Florida

In re  **Ginn-LA St. Lucie Ltd., LLLP**                                          Case No.
                                          Debtor(s)        Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of Ginn-St. Lucie GP, LLC, General Partner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **23**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 23, 2008**                  Signature    **/s/ Robert H. Gidel**

                                                              **Robert H. Gidel**

                                                              **President of Ginn-St. Lucie GP, LLC, General Partner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ginn-LA St. Lucie Ltd., LLLP** _____  Case No. _____

                                   Debtor(s)         Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$29,135,719.00** | **2006 Income** |
| **$4,828,164.00** | **2007 Income** |
| **$1,076,972.00** | **2008 Income (January - November)** |

2

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $604,338.00 | **2006 Income - Impact fee credits, cell phone tower rent, accretion on property and equipment not owned and interest income** |
| $150,476.00 | **2007 Income - Impact fee credits, cell phone tower rent, accretion on property and equipment not owned and interest income** |
| $121,513.00 | **2008 Income - Impact fee credits, cell phone tower rent, accretion on property and equipment not owned and interest income (January - November)** |

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Austin Outdoor Inc.**<br>P.O. Box 849<br>Bunnell, FL 32110 | **9/23/2008, 12/3/2008** | **$43,563.50** | **$0.00** |
| **City of Port St. Lucie** | **9/23/2008, 9/30/2008** | **$1,982.40** | **$429.47** |
| **Florida Power & Light**<br>General Mail Facility<br>Miami, FL 33188-0001 | **9/23/2008, 10/16/2008,**<br>**12/3/2008** | **$12,725.87** | **$5,114.55** |
| **Klein & Dobbins, P.L.**<br>805 Virginia Ave., Suite 25<br>Fort Pierce, FL 34982 | **9/23/2008** | **$10,619.49** | **$0.00** |
| **Tesoro POA, Inc.**<br>31 Lupi Court, Suite 230<br>Attn.: Steve Gryauskie<br>Palm Coast, FL 32137 | **9/30/2008, 10/16/2008** | **$50,222.12** | **$50,222.12** |
| **Native Lands Management Inc.**<br>3166 SE Waaler St.<br>Stuart, FL 34997 | **11/17/2008** | **$21,675.00** | **$0.00** |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **St. Lucie Clerk of the Court** | | **$112.00** | **$0.00** |
| **Baker & Hostetler, LLP** P.O. Box 70189 Cleveland, OH 44190-0189 | 12/3/2008 | $3,950.92 | $0.00 |
| **City of Port St. Lucie Utility** | 12/3/2008 | $310.40 | $429.47 |
| **Dean, Mead, Egerton, Bloodworth** | 12/3/2008 | $1,205.92 | $0.00 |
| **First Horizon Ins. Agency Inc.** | 12/3/2008 | $1,331.18 | $0.00 |

None  ☐     c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Austin Outdoor Inc.** P.O. Box 849 Bunnell, FL 32110 Affiliate | 1/7/2008, 3/5/2008, 3/10/2008, 3/11/2008, 3/17/2008, 3/24/2008, 3/26/2008, 5/27/2008, 6/9/2008, 6/18/2008, 7/1/2008, 7/29/2008, 9/15/2008, 9/23/2008, 12/3/2008 | $1,435,676.67 | $0.00 |
| **Ginn Development Company, LLC** 215 Celebration Place, Suite 200 Celebration, FL 34747 Affiliate | 1/11/2008, 3/5/2008, 3/12/2008, 3/21/2008, 4/1/2008, 4/3/2008, 4/10/2008, 5/1/2008, 5/14/2008, 5/29/2008, 6/10/2008, 7/30/2008 | $2,872,001.45 | $1,506,713.57 |
| **Ginn Development International** Affiliate | 1/21/2008, 1/28/2008, 3/12/2008, 3/24/2008, 4/16/2008, 5/14/2008 | $93,173.64 | $226,697.84 |
| **Ginn-LA CS Borrower, LLC** Affiliate | 3/10/2008, 7/21/2008, 9/2/2008, 9/8/2008, 12/3/2008, 12/4/2008, 12/8/2008, 12/10/2008, 12/12/2008 | $1,435,708.95 | $294,755,921.45 |
| **Conduit Lender** Affiliate | 5/7/2008 | $31,947,006.46 | $0.00 |
| **Ginn Golf, LLC** 215 Celebration Place, Suite 200 Celebration, FL 34747 Affiliate | 12/21/2007, 2/6/2008, 3/3/2008, 3/24/2008, 4/4/2008, 5/9/2008 | $983,574.79 | $0.00 |
| **Ginn Security Services, LLC** 31 Lupi Court Attn.: Accounts Receivable Palm Coast, FL 32137 Affiliate | 12/27/2007, 1/11/2008 | $40,419.97 | $0.00 |

4

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Feliciano v. Ginn LA Quail West Ltd., LLLP, et al. Case No. 08-CA-1802** | | **Circuit Court, 5th Circuit Lake County, FL** | |
| **Awdish, et al. v. Ginn Company, et al. Case No. 3:08-cv-00211** | **Civil proceeding regarding interstate land sales** | **U.S. District Court, Middle District of Florida** | **Pending** |
| **Ecclestone Signature Homes of Palm Beach, LLC v. Ginn-LA St. Lucie Ltd., LLLP, et al. Case No. 2007-CA-7395** | | **Circuit Court, 15th Circuit Palm Beach County, FL** | |
| **John Migyanka, et al. v. GREC, et al. Case No. 562008-CA-009388** | | **Circuit Court, 19th Circuit Osceola County, FL** | |
| **Loveland Electric Co., Inc. v. The Weitz Company, LLC, et al. Case No. 2008 CA 010165** | **Foreclosure action; breach of contract** | **Circuit Court, 19th Circuit St. Lucie County, FL** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

5

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**See Attached Exhibit A**

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **IFS** | **Canon 3220 C** <br> **Canon 3200 color N1 finisher** <br> **Canon IR 3570** <br> **Canon 3200 Color** | |
| **Axsa Engineering Products** | **Miscellaneous** | |
| **Pitney Bowes** | | |
| **Safe & Sound Mini Storage** | | |
| **Title Associates, Inc. as Escrow Agent** <br> **5901 Peachtree Dunwoody Road, Suite A-350** <br> **Atlanta, GA 30328** | **$561,171.41 held in escrow pursuant to escrow agreement for claims of lien entered into as of June 30, 2008 between Ginn-LA St. Lucie Ltd., LLLP and Weitz Golf International for the clubhouse at Tesoro.** | |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

**18 . Nature, location and name of business**

None


a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Tom Knowles**<br>**2000 SE Via Tesoro Blvd.**<br>**Port Saint Lucie, FL 34984** | **Employed 6/2006 to 2/2007** |
| **Joe Crocker** | **Employed 6/2006 to 11/2006** |
| **Mona Kohler** | **Employed 6/2006 to 3/2007** |
| **Tino Daunno** | **Employed 6/2006 to 3/2007** |
| **Tori Warner**<br>**215 Celebration Place, Suite 200**<br>**Celebration, FL 34747** | **Employed 6/2006 to Present** |
| **Sam Labban**<br>**215 Celebration Place, Suite 200**<br>**Celebration, FL 34747** | **Employed 6/2006 to Present** |
| **Patty Weeks** | **Employed 6/2006 to 10/2006** |

9

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kym Brown** | **Employed 6/2006 to 4/2007** |
| **Bryan Arnold**<br>**215 Celebration Place, Suite 200**<br>**Celebration, FL 34747** | **Employed 6/2006 to Present** |
| **Jemma Lawrence**<br>**215 Celebration Place, Suite 200**<br>**Celebration, FL 34747** | **Employed 6/2006 to Present** |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
☐    books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **PricewaterhouseCoopers** | **CNL Tower**<br>**420 South Orange Ave., Suite 200**<br>**Orlando, FL 32801** | **6/2006 to Present** |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Tori Warner**<br>**Employed 06/2006 to Present** | **215 Celebration Place, Suite 200**<br>**Kissimmee, FL 34747** |
| **Sam Labban**<br>**Employed 06/2006 to Present** | **215 Celebration Place, Suite 200**<br>**Kissimmee, FL 34747** |
| **Bryan Arnold**<br>**Employed 06/2006 to Present** | **215 Celebration Place, Suite 200**<br>**Kissimmee, FL 34747** |
| **Jemma Lawrence**<br>**Employed 06/2006 to Present** | **215 Celebration Place, Suite 200**<br>**Kissimmee, FL 34747** |
| **Tom Knowles**<br>**Employed 06/2006 to 02/2007** | **2000 SE Via Tesoro Blvd.**<br>**Port Saint Lucie, FL 34984** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Ginn-LA CS Borrower** | **Limited Partner** | **80%** |
| **Ginn-St. Lucie GP, LLC** | **General Partner** | **20%** |

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ginn-LA CS Borrower, LLC**<br>**215 Celebration, Suite 200**<br>**Kissimmee, FL 34747** | | **Membership Interest 80%** |
| **Ginn-St. Lucie GP, LLC**<br>**215 Celebration Blvd., Suite 200**<br>**Kissimmee, FL 34747** | | **General Interest 20%** |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

11

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  __**December 23, 2008**_____          Signature    __**/s/ Robert H. Gidel**_____

                                                     **Robert H. Gidel**
                                                     **President of Ginn-St. Lucie GP, LLC, General Partner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 1
File:  SOFA No. 9 Attachment.pdf
Path:  H:\Ginn


PDF: H:\Ginn\SOFA No. 9 Attachment.pdf