UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                  Chapter 7
                                                                        Case No. 08-29769-PGH

GINN-LA ST. LUCIE LTD., LLLP, et al.

      Debtors.
_____/

IN RE:

GINN-LA QUAIL WEST LTD., LLLP,
et al.,

      Debtors.
_____/

### NOTICE OF WITHDRAWAL AND REMOVAL FROM OFFICIAL SERVICE LIST

      COMES NOW, JOSE R. FLOREZ, ESQ. and hereby gives notice that he had concluded his representation and withdraws as counsel of record in this proceeding and requests to be removed from the Court's master mailing matrix and electronic notice in this case. All future service should be made on Stephen J. Simmons, Esq., ssimmons@mbhlawyer.com, Mombach, Boyle, Hardin & Simmons, P.A., 500 E. Broward Blvd., Suite 1950, Fort Lauderdale, Florida 33394.

      Dated: February 5, 2014

                                        Respectfully Submitted,

                                        s/ Jose R. Florez
                                        Jose R. Florez
                                        Florida Bar No: 43897
                                        FOWLER WHITE BOGGS P.A.
                                        1200 East Las Olas Blvd., Suite 500
                                        Fort Lauderdale, Florida 33301
                                        Tel: (954) 703-3900
                                        Fax: (954) 703-3939
                                        Email: jose.florez@fowlerwhite.com

Chapter 7  
Case No. 08-29769-PGH

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Withdrawal and Removal From Official Service List was served via CM/ECF to all interested parties registered to receive electronic notices, on February 5, 2014.

                                    /s/ Jose R. Florez  
                                    Jose R. Florez  
                                    Florida Bar No: 43897

46251547_1.docx