MAY -6 2014

ORDERED in the Southern District of Florida on _____



Paul G. Hyman, Chief Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Ginn-LA St. Lucie Ltd., LLLP

Case No: 08-29769-PGH
Chapter: 7

Debtor(s)

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Dilks & Knopik, LLC on behalf of Eric J. Hummel and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1 (D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to Eric J. Hummel and, if applicable, the "funds locator" or attorney submitting the application, Dilks & Knopik, LLC, the sum of $1,702.65 now held as unclaimed funds in the treasury for the original claimant Eric J. Hummel.

LF-29 (rev. 12/01/09)    Page 1 of 2

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

Copies to:
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Ginn-LA St. Lucie Ltd., LLLP

Case No: 08-29769-PGH
Chapter: 7

_____Debtor_____ /

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Dilks & Knopik, LLC, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $1,702.65, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of Eric J. Hummel. Applicant further states that:

1.  (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach an affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the official bankruptcy form and/or supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Application is the duly authorized representative for the business or corporation listed in the "Notice of deposit of Funds with the U.S Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable

LF-27 (rev. 12/01/09)        Page 1 of 3

records and states that no other application for this claim has been submitted by or at the request of this claimant. **A local form Affidavit of Claimant (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

**X** Applicant is an attorney or a "funds locator" who has been retained by individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form Affidavit of Claimant (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose

funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitle to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: April 21, 2014

Eric J. Hummel
Name Under which Funds Were Deposited

scheduled
Claim Number

Eric J. Hummel
Name of Party on Whose Behalf
Application was Filed*

Address: 211 Wilshire Blvd

Reading, PA 19608-1039

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 8659

ID# 74-3049851

Brian J. Dilks, Managing Member
*Print name and title of Applicant

Dilks & Knopik, LLC
Print Company Name

35308 SE Center Street
Print Street Address

Snoqualmie, WA 98065
Print City and State

(425) 836-5728
Telephone (Including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being field

Sworn to and Subscribed before me
On 4/21/2014

NOTARY PUBLIC, AT LARGE
STATE OF WASHINGTON



LF-27 (rev. 12/01/09)        Page 3 of 3

## PROOF OF SERVICE OF APPLICATION

Notice is hereby given that on April 21, 2014 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties for the Southern District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
R. Alexander Acosta
99 NE 4th Street
Miami, FL 33132

Ginn-LA St. Lucie Ltd., LLLP
Debtor
215 Celebration Place #200
Celebration, FL 34747

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Southern District of Florida by electronic mail at the following email addresses:

Drew M Dillworth
Case Trustee
ddillworth@swmwas.com

Paul Steven Singerman, Esq
Debtor's Attorney
singerman@bergersingerman.com

Dated: April 21, 2014

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Eric J. Hummel

## EXPLANATION OF DOCUMENTATION

The original dividend check was sent to a Eric J. Hummel at 13840 Osprey Linkd Rd., Apt. 214, Reading, PA 19608-1039. That address is no longer valid. The change of address may have prevented the delivery of the original dividend check.

Pages 1 – 3: Application to Withdraw Unclaimed Funds

Page 4: Proof of Service of Application

Page 5: Explanation of Documentation (This Page)

Page 6: Authority to Act: Limited Power of Attorney

Page 7: Photo Identification for signer of Power of Attorney

Pages 8 - 9: Affidavit of Claimant

Page 10: Proof of Address

Pages 11 - 12: Order for Payment of Unclaimed Funds

This Application contains a total of 12 pages.

Dated: April 21, 2014

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for Eric J. Hummel

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RE: LLLP Ginn-La St. Lucie LTD

Case: 08-29769-PGH

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

Debtor(s)

**USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE**

1. **Eric J. Hummel** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,702.65** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____
Eric J. Hummel

Date: April 16, 2014

Tax ID: XXX-XX-**8659**

**ACKNOWLEDGMENT**

STATE OF Pennsylvania )       COUNTY OF Berks )

On this 16th day of April, 2014, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Eric J. Hummel known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Deana J. Speece_

Residing at _____

My Commission expires Aug 19, 2014

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DEANA J. SPEECE, Notary Public
Muhlenberg Twp., Berks County
My Commission Expires August 19, 2014

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:

LLLP Ginn-La St. Lucie LTD

Case No: 08-29769-PGH
Chapter 7

_____Debtor_____ /

### AFFIDAVIT OF CLAIMANT

I, <u>Eric J. Hummel</u>, am (indicate status of claimant):

(XX) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to <u>Dilks & Knopik, LLC</u>, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business"_____;
or

(  ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to <u>Dilks & Knopik, LLC</u>, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to <u>Dilks & Knopik, LLC</u>, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to <u>Dilks & Knopik, LLC</u>, a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $1,702.65 deposited in this court in the name of <u>Eric J. Hummel</u> and representing claim number  (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

**I never received the original disbursement check due to it was sent to an old address.**

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 4-16-14

X _____
Signature of claimant

Eric J. Hummel
Print Name

Claimant
Title

8659
Last four digits of Social Security

211 Wilshire Blvd Reading, PA 19608-1039
Address

610) 750-6005
Phone number

N/A
Signature of Joint debtor (if applicable)

N/A
Print name

N/A
Last four digits of Social Security # or Tax ID# (EIN#)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
On April 16, 2014

_____
NOTARY PUBLIC, AT LARGE

STATE OF Pennsylvania

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DEANA J. SPEECE, Notary Public
Muhlenberg Twp., Berks County
My Commission Expires August 19, 2014

LF-28 (rev. 12/01/09)        Page 2 of 2

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 003610 | 70/J52 | 202900 | T  55 |

c Employer's name, address, and ZIP code

GINN DEVELOPMENT COMPANY LLC
215 CELEBRATION PL #200
CELEBRATION FL 34747

| b Employer's FED ID number 59-3536403 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  C  11.22 |
| 14 Other | 12b  D  74.47 |
|  | 12c AA  74.47 |
|  | 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

ERIC J HUMMEL
13840 OSPREY LINKS
RD. APT.#214
ORLANDO, FL 32837

| 15 State FL | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

FL. State Filing Copy
**W-2** Wage and Tax Statement **2008**
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 003839 | 70/GBN | 202900 | A  43 |

c Employer's name, address, and ZIP code

TESORO CLUB LLC
2000 SE VIA TESORO BLVD
PORT ST LUCIE FL 34984

| b Employer's FED ID number 59-3761917 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  C  15.30 |
| 14 Other | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

ERIC J HUMMEL
13840 OSPREY LINKS RD
APT #214
ORLANDO, FL 32837

| 15 State FL | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

FL. State Filing Copy
**W-2** Wage and Tax Statement **2008**
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

**Proof of Address**
Page __1__ of __1__